**Entered on Docket
March 25, 2010**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
10-70589

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Bk Case No.: 09-31378-bam |
| Larissa Sherman | Date: 3/16/10<br>Time: 1:30pm |
| | Chapter 7 |
| Debtor. | |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 6620 Tulip Falls Drive, Henderson, NV 89015, and legally described as follows:

PARCEL I:

Lot 38 in Block 3 of Boulder/Post, as shown by map thereof on file in Book 119 of Plats, Page 18, in the Office of the County Recorder of Clark County, Nevada.

PARCEL II:

An easement for ingress and egress over private streets and common areas as shown and delineated on said map.

Submitted by:

**WILDE & ASSOCIATES**
By: *[signature]* #10099
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Husna Alikhan
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
James F. Lisowski, Sr.
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
    ___ The court waived the requirements of LR 9021.
    ___ No parties appeared or filed written objections, and there is no trustee appointed in the case.
    ___ No parties appeared or filed written objections, and the trustee is the movant.
    _x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
    ___ approved the form of this order    ___ disapproved the form of this order
    ___ waived the right to review the order and/or  _x_ failed to respond to the document
    ___ appeared at the hearing, waived the right to review the order
    ___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    ___ approved the form of this order    ___ disapproved the form of this order
    ___ waived the right to review the order and/or  _x_ failed to respond to the document

    ___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
    ___ approved the form of this order    ___ disapproved the form of this order
    ___ waived the right to review the order and/or  ___ failed to respond to the document
    ___ appeared at the hearing, waived the right to review the order
    ___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    ___ approved the form of this order    ___ disapproved the form of this order
    ___ waived the right to review the order and/or  ___ failed to respond to the document

    ___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor